Abbie Affolder
Full name(s)

Madison Correctional Facility
800 MSH Bus Stop Dr.
Street address or postal box number

Madison, Indiana 47250
City, State and zip code

NONE
Phone Number



-FILED-

APR 27 2023

At _____ M
Chanda J. Berta, Acting Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

Civil Action No. 2:23-CV-146

(To be supplied by the Court)

Abbie Affolder                              Plaintiff(s)

Full name(s) (Do not use *et al.*)
vs.

_____

_____

_____

Medical                                     Defendant(s).
(Enter above the full name of ALL defendants in this
Action. Do not use "et al".)

## CIVIL RIGHTS COMPLAINT

**I. PARTIES** (In Item A below, place your name in the first blank and place your present address in the second blank, and if you are a prisoner, place your identification number in the third blank. Do the same for additional plaintiff, if any, under Item B.)

A.   Name of Plaintiff Abbie Affolder

     Address: Madison Correctional Facility, 800 MSH Bus Stop Dr., Madison, Indiana 47250.

F-27 (Created 9.7.2010)

Prisoner Identification Number: 290893

B.   Additional Plaintiffs and addresses _____

_____

_____

(In Item C place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment and <u>address</u> in the third blank. Use Item D for the names, positions and place of employment of any additional defendants and <u>addresses</u>.)

C.   Defendant <u>Medical</u>                                    is employed as <u>Medical</u>
                                                              [position/title]
     at _____ <u>Madison Correctional Facility.</u>
                          [employer's name and address]

D.   Additional Defendants and addresses _____

_____

_____

_____

_____

_____

_____

## II. PREVIOUS LAWSUITS

A.   Have you ever been named as a plaintiff in any other lawsuits in state or federal court dealing with the same facts involved in this action, or otherwise relating to your claim in this action?  ☐ Yes    ☒ No

B.   If your answer to "A" is Yes, describe the lawsuit in the space below and attach a copy of your complaint in that lawsuit if you have a copy. (If there is more than one such lawsuit, you must describe the additional lawsuits on another piece of paper, using this same outline.) Failure to comply with this provision may result in summary disposition of your complaint.

1.   Parties to previous lawsuit:

     Plaintiff(s) _____

F-27 (Created 9.7.2010)

Defendant(s) _____

_____

2. Court (if federal court, name the district, e.g., Southern District of Indiana. If state court, name the county and state.)

_____

_____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

_____

_____

6. Approximate date of filing the lawsuit _____

7. Approximate date of disposition of the lawsuit _____

C. Have you ever been a plaintiff in any other civil rights lawsuit (other than those lawsuits described in your response to "B" above?)  ☐ Yes   ☒ No

D. If you answer to "C" is yes, describe the lawsuit in the space below. (if you have been a plaintiff in more than one such lawsuit, describe the additional lawsuits on another piece of paper.)

1. Parties to previous lawsuit:

   Plaintiff(s) _____

   Defendant(s) _____

_____

2. Court (if federal court, name the district, e.g., Southern District of Indiana. If state court, name the county and state.)

_____

-3-

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)
_____
_____

6. Approximate date of filing the lawsuit _____

7. Approximate date of disposition of the lawsuit _____

8. Give a brief description of the nature of the lawsuit (e.g., "I claimed the conditions of my confinement at the Indiana State Prison violated my civil rights under the Eighth Amendment.")
_____
_____
_____
_____

### III. PRISON GRIEVANCE PROCEDURE (THIS SECTION TO BE COMPLETED BY PRISONERS ONLY.)

A. Place of present confinement: Madison Correctional Facility, 800 MSH Bus Stop Dr., Madison, Indiana 47250

B. If there a prisoner grievance procedure in this institution?  ☒ Yes    ☐ No

C. Did you present the facts relating to your complaint in the prison grievance procedure? ☒ Yes    ☐ No

D. If your answer is "Yes":

   1. What steps did you take? <u>Filed a grievance stating I wanted to do all procedures For Tort claim.</u>

-4-

  2. What was the result? <u>Still waiting on remedy.</u>

E. If you did not use the grievance system, explain why not. _____

F. If there is not a prison grievance procedure in the institution, did you complain to prison authorities? ☒ Yes ☐ No

G. If your answer is "Yes":

  1. What steps did you take? <u>Filled out medical request, and went to medical when they called me over.</u>

  2. What was the result? <u>Medical looked at it and said there was nothing they could do. Then sent me on my way to continue working and wouldn't order me an x-ray nor offer any solution other than, there was nothing they could do.</u>

H. If your answer is "No," explain why not. _____

I. Attach copies of your request for an administrative remedy and the response(s) you received. If you cannot do so, explain why not.

-5-

## IV. CAUSE OF ACTION

F-27 (Created 9.7.2010)

Briefly state which of your constitution rights, privileges or immunities have been violated and summarize in one or two sentences what the defendant(s) did to violate your rights in that regard. (You must identify individual defendants by name, but you do not need to make a detailed statement of fact here—you will have a chance to do so in the next section.) If you are claiming that more than one of your constitutional rights was violated, use a separate paragraph for each right, privilege or immunity which was violated.

My eight admendment
Madison Correctional medical staff and doctor.
They would not do anything for my injury, until I put tort claim in 7wks later

-6-

F-27 (Created 9.7.2010)

## V. STATEMENT OF FACTS

State here, as briefly as possible, the FACTS of your case. **State who, what, when, where, and how you feel your constitutional rights were violated.** You must name or somehow refer to the people as defendants whom you contend hurt you or caused you harm in some way. Include also the names of other persons involved, dates and places. Use no more than the space provided. The court strongly disapproves of stating claims outside the space. Do not cite any cases or statutes. If you want to include legal arguments or citations, you must do so in a separate memorandum of law. If you intend to allege a number or related claims, number and set forth each separate claim in a separate paragraph.

On February 2nd I was climbing down from my bunk, the bed tipped a bit, I caught myself by the Metal ladder in between my toes, you could tell it was broken. I put a medical slip in, worked all day Friday the 3rd. I went to medical when I was called for it, she looked at it, said there was nothing that could be done for it. A week went by I was still climbing up and down from my bunk, still working, I put in another medical slip because it still hurt so bad, they seen me again and wouldn't do nothing. On February 17th, finally I convinced medical personnel I needed x-rays. They then moved me to a bottom bunk for 3 days and scheduled my x-rays. I never heard anything so I put in a to/from asking medical what my x-ray results showed and continuously got no answer. Six weeks after my injury I filed a tort claim and a week after I finally was called to medical for my x-ray and a follow up x-ray. Seven weeks after my initial injury they then tried to take me off crew for 4 days and put me back on a bottom bunk the day following my follow-up x-ray. The provider then said my toe was still fractured and looked at my toes and said she didn't understand why my toe and foot was still so swollen.

-7-

F-27 (Created 9.7.2010)

## VI.  RELIEF

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.  NOTE TO PRISONERS: If you are a STATE PRISONER and seek relief which affects the length or duration of your imprisonment (for example, restoration of good time forfeited, expungement of records, parole-release decision) you MUST file your claim on an appropriate form for actions under 28 U.S.C. § 2254 (application for a writ of habeas corpus).

requesting money, damages for pain and suffering as well as compensatory punitive damages. I'm asking for max cap

Signed this 4 day of April, 2023.

*[signature]*
Signature of Plaintiff

**Abbie Affolder**
Plaintiff's Printed/Typed Name

### AFFIRMATION OF PLAINTIFF(S)

1.  I, Abbie Affolder, the plaintiff in the aforementioned cause, do affirm that I have read all of the statements contained in the complaint and those which are attached in the accompanying financial statement.  I believe them to be, to the best of my personal knowledge, true and correct.

2.  Moreover, while neither the complaint nor the financial affidavit has been notarized, I do understand that this complaint and these affidavits will become an official part of the United States District Court files and that any false statements knowingly made by me are illegal and may subject me to criminal penalties.

**Abbie Affolder**
Plaintiff/Affiant

-8-

F-27 (Created 9.7.2010)